

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 11:37 am, Jul 31, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| HECTOR JAMES VANEGAS PUERTA, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:19-cv-110 |
| v. | * | |
| TRACY JOHNS, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 10.  Petitioner Hector Puerta ("Puerta") did not file Objections to this Report and Recommendation.  In fact, the Report and Recommendation sent to Puerta at his last known address was returned to the Court as undeliverable.  Dkt. No. 11.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Puerta's 28 U.S.C. § 2241 Petition for failure to follow this Court's Order and Local Rules, **DENIES as moot** Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to

AO 72A
(Rev. 8/82)

**CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Puerta *in forma pauperis* status on appeal.

SO ORDERED, this ___31___ day of ___July___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)