AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia



FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 2:55 pm, Jul 31, 2020

HECTOR JAMES VANEGAS PUERTA,

    Petitioner,

              v.

TRACY JOHNS,

    Respondent.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV519-110

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 31st day of July 2020, adopting the Report and Recommendation of the the Magistrate Judge, Judgment is hereby entered dismissing without prejudice the 28 U.S.C. § 2241 Petition, denying as moot Respondent's Motion to Dismiss, and denying in forma pauperis status on appeal. This case stands closed.

Approved by: _____
    HON. LISA GODBEY WOOD, JUDGE
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA

_____July 31, 2020_____
Date

John E. Triplett, Acting Clerk
Clerk

*Candy Asbell*
(By) Deputy Clerk

GAS Rev 10/1/03